UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUILAR MARTINEZ SIMEON,<br><br>Petitioner,<br><br>v.<br><br>MINGA WOFFORD, *et al.*,<br><br>Respondents, | Case No.  1:26-cv-0464-DAD-JDP<br><br><br><br>ORDER |

    On January 27, 2026, the court converted petitioner's motion for a temporary restraining order to a motion for a preliminary injunction and granted it.  ECF No. 8.  The court ordered petitioner's immediate release and referred the matter to me for further proceedings.  *Id.*

    Accordingly, if additional briefing is needed to decide the merits, within seven days of the date of this order, respondents may file an answer.  If respondents file an answer, petitioner may file a traverse within seven days.  If respondents do not file an answer by this deadline, the matter will be deemed submitted.

1

It is hereby ORDERED that if additional briefing is needed, respondents may file an answer within seven days of the date of this order. If respondents file an answer, petitioner may file a traverse within seven days. If respondents do not file an answer by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.

Dated:    February 26, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE